**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MATTHEW SCOTT MAXWELL, JR.

                   Plaintiff,

                                       1:24-CV-236
v.                                (FJS/DJS)

EQUIFAX INFORMATION SERVICES, LLC and
CAINE AND WEINER COMPANY, INC.,

                   Defendants.

## ORDER

The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a).  Accordingly, this case must be assigned to a different Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

**ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated:   February 27, 2024
           Albany, New York

                                                      Daniel J. Stewart
                                                      U.S. Magistrate Judge