# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

| | |
|---|---|
| MATTHEW SCOTT MAXWELL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, CAINE AND WEINER COMPANY, INC.,<br><br>Defendants. | Civil Case No.: 1:24-cv-00236-FJS-CFH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Matthew Maxwell and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only. There are no remaining defendants in this matter.

Dated: December 20, 2024                                   **CONSUMER ATTORNEYS**

| | |
|---|---|
| */s/ Moshe Boroosan*<br>Moshe Boroosan, Bar No. 5429915<br>CONSUMER ATTORNEYS<br>72-47 139th Street<br>Flushing, New York 11367<br>T: (718) 887-2926<br>F: (718) 715-1750<br>Email: mboroosan@consumerattorneys.com<br><br>*Attorneys for Plaintiff,*<br>*Matthew Scott Maxwell, Jr.* | */s/ Adam T. Hill*<br>Adam T. Hill<br>ahill@seyfarth.com<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Email: ahill@seyfarth.com<br><br>*Attorneys for Defendant Equifax*<br>*Information Services LLC* |

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  December 26, 2024